928 F.2d 397
 U.S.
v.
Lee (Chau), t/a Foo Da Chinese Restaurant, Hunt (Kenneth),
t/a P & S Grocery, Logan (Charles), Pyung Il Shin, Kil Jung
Shin, t/a Plus Pawn Shop, Triple Seven Market, Conyer
(Leonard), t/a Mr. Action and Sons; Conyer (Leonard), t/a
Mr. Action and Sons
 NO. 90-1555
 United States Court of Appeals,
Third Circuit.
 FEB 26, 1991
 
 Appeal From: E.D.Pa.,
 Gawthrop, J.
 
 
 1
 AFFIRMED.